UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

TEX J. WARD,

Defendant.

Case: 1:26-cr-20165
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 03-25-2026

Violations:
26 U.S.C. § 5861(d)
26 U.S.C. § 5861(i)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession of an Unregistered Destructive Device**
**26 U.S.C. § 5861(d)**

On or about February 4, 2026, in the Eastern District of Michigan, TEX J. WARD, knowingly possessed a firearm, that is, a destructive device specifically a Molotov Cocktail made from a Captain Morgan bottle, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT TWO
### Possession of Firearm Unidentified by Serial Number
### 26 U.S.C. § 5861(i)

On or about February 4, 2026, in the Eastern District of Michigan, TEX J. WARD knowingly possessed a firearm, that is, a destructive device specifically a Molotov Cocktail made from a Captain Morgan bottle, not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). Upon conviction of an offense charged in Count One through Count Two of this Indictment, TEX J. WARD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense, including but not limited to a Molotov Cocktail made from a Captain Morgan bottle.

Dated: March 25, 2026                              THIS IS A TRUE BILL

                                                   s/Grand Jury Foreperson
                                                   GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

2 of 3

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/William Orr
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information**<br>This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:<br><br>☐ **Yes**  x **No** | Case: 1:26-cr-20165<br>Judge: Lawson, David M.<br>MJ: Morris, Patricia T.<br>Filed: 03-25-2026 |
|---|---|

**Case Title:** USA v. Tex J. Ward

**County where offense occurred:** Gratiot

**Check One: X Felony ___ Misdemeanor ___ Petty**

___X___ Indictment/___Information --- **no** prior complaint.
_____ Indictment/___Information --- based upon prior complaint []
_____ Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  March 25, 2026

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas 24102308

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.