UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff,         Cr. No. 26-20165

v.

TEX WARD                             Hon. David M. Lawson

                        Defendant.

_____

        I, Michael Shipley, swear to the following:

My Stepson is Tex Ward.

On 2/4/26, at approximately 7:00 pm, I went out to dinner with Tex Ward in separate cars. When Tex left the restaurant, I noticed the taillights were working. If they had not been working, I would have immediately contacted him and advised that they were out.

On 2/5/26 in the afternoon, I (Michael Shipley) went with Tex Ward to Gratiot Towing, located at 125 N. Court Ave, Alma, Michigan 48801, to pick up his car, which had been impounded by the Alma Police Department on 2/4/2026.

I did not check the taillights on the 2012 Ford Fusion when the car was picked up from the impound lot. It was in the afternoon and a bright sunny day.

Several days later, I checked the wiring on the Ford Fusion to see if the lights were defective and they worked fine.

I SWEAR THAT THE ABOVE AND FOREGOING ARE REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Date: _____      _____

_____ Notary Public

                                  Michael Shipley
State of: _MICHIGAN_
County of: _GENESEE_
The foregoing instrument was acknowledged before me _3rd_ day of _JUNE_, _2026_

_CEDRIC A. KENDALL_
Your Name Here, Notary Public
My Commission Expires: _____

EXHIBIT A