UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

               Plaintiff,

v.

TEX WARD,

               Defendant.

CASE NO. 26-CR-20165

Hon. David M. Lawson
United States District Judge

_____

**GOVERNMENT'S MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS SEARCH (ECF 22) AND MOTION TO SUPPESS STATEMENTS (ECF 23)**

_____

The United States hereby requests a 10-day extension of time to file its responses to Ward's Motion to suppress warrantless search (ECF No. 22) and Ward's motion to suppress statements (ECF No. 23).

1

**Brief In Support**

On June 9, 2026, Defendant Tex Ward filed two motions: a motion to suppress warrantless search (ECF No. 22) and a motion to suppress statements (ECF No. 23). The government's response to both motions is currently due on June 30, 2026. The undersigned assistant United States Attorney is starting trial on a case tomorrow, June 16, 2026, and has been preparing for said trial before and since Ward's motions were filed.   Adjourning the government's deadline to respond for an additional 10 days would allow the undersigned assistant United States Attorney the opportunity to adequately respond to both of Ward's motions and still allow briefing to be completed before the current hearing scheduled on July 24, 2026.   The government's requested enlargement would result in its response brief being due on **July 10, 2026.**

On June 15, 2026, the undersigned assistant United States Attorney spoke with Patricia Maceroni, attorney for Tex Ward, who indicated she was unopposed to the requested relief.

2

WHEREFORE, the United States, with the consent of defense counsel for Tex Ward, requests that the time within its responses must be fled in this matter be extended to July 10, 2026.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

Dated: June 15, 2026

s/William Orr
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
(989) 895-5712
Email: william.orr@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on June 15, 2026, the foregoing document was electronically filed, by an employee of the United States Attorney's Office, with the Clerk of the Court using the ECF.

s/WILLIAM ORR
Assistant United States Attorney