UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TEX WARD,

        Defendant.

Case No. 26-cr-20165

Hon. David M. Lawson
United States District Judge

Hon. Patricia T. Morris
United States Magistrate Judge

---

## EX PARTE MOTION FOR LEAVE TO FILE
## AN EXHIBIT USING THE MEDIA FILE UPLOAD

_____

Now comes the United States of America by Jerome F. Gorgon, Jr., United States Attorney for the Eastern District of Michigan, and William Orr, Assistant United States Attorney, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file two exhibits via the electronic portal "Media File Upload" in CM/ECF.

The exhibits to the government's response to the defendant's motion to suppress warrantless search and the fruits of the warrantless search, ECF NO. 22, and the defendant's motion to suppress statements obtained in violation of MIRANDA, ECF No. 23, cannot be converted to PDF for the following reason:

The Government's proposed exhibits are two body worn camera videos in mp4 format, and cannot be converted into pdf format.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
william.orr@usdoj.gov

Dated: July 9, 2026

2