**EXHIBIT 1a**

**Evidence Title: Axon_Body_4_Video_2026-02-04_1920_D01A8454V.mp4**

**This transcript is unverified.**

**An unverified transcript may have been generated through a combination of speech-to-text technology and human edits. As a result, it may contain errors, so please refer to the corresponding evidence.**

**Last edited by William Orr**

**This transcript starts at Feb 4, 2026 8:20 PM -05:00 and is 59m 3s in length**

[8:20 PM / 00:29]
**Ward:** <silence>

[8:20 PM / 00:29]
**Ward:** My window doesn't roll down. I'm gonna have to

[8:21 PM / 00:43]
**Ofc. Malek:** Okay.

[8:21 PM / 00:43]
**Ward:** Step out.

[8:21 PM / 00:44]
**Ofc. Malek:** Alright. Alright.

[8:21 PM / 00:46]
**Ward:** Hold on.

[8:21 PM / 00:49]
**Ofc. Malek:** What you got? Okay. All right. You can go ahead and have a seat back in, in the seat there. I'm just gonna grab this knife instead.

[8:21 PM / 00:58]
**Ward:** Oh, oh, yep. It's, it just has a window (UI) on it.

[8:21 PM / 01:01]
**Ofc. Malek:** Okay. Alright. So the reason I stopped you, you don't have any tail lights on.

[8:21 PM / 01:06]
**Ward:** My tail lights aren't on?

[8:21 PM / 01:07]
**Ofc. Malek:** Nope. You don't have any taillights?

[8:21 PM / 01:09]
**Ward:** Can I check?

**EXHIBIT 1a**

## EXHIBIT 1a

[8:21 PM / 01:10]
**Ofc. Malek:** I can tell you they're not on, you can just stay in the car, but I can tell you they're not on. And it looks like you got a headlight burned out too.

[8:21 PM / 01:15]
**Ward:** No, they're, they're on. It's just, it's just low, low when they're on their lows. But they're both on, are they? I checked them earlier.

[8:21 PM / 01:20]
**Ofc. Malek:** Okay. Yeah. Your tail lights aren't working.

[8:21 PM / 01:22]
**Ward:** Can I double check 'em real quick, please?

[8:21 PM / 01:23]
**Ofc. Malek:** You can take my word for it.

[8:21 PM / 01:26]
**Ward:** Okay.

[8:21 PM / 01:27]
**Ofc. Malek:** You got your insurance as well with you?

[8:21 PM / 01:29]
**Ward:** Um, it's my, it's my kid's mom's car.

[8:21 PM / 01:33]
**Ofc. Malek:** Okay.

[8:21 PM / 01:33]
**Ward:** She sent it to me. I have to look it for it on my, on, she sent it to me.

[8:21 PM / 01:37]
**Ofc. Malek:** Okay.

[8:21 PM / 01:37]
**Ward:** On UI.

[8:22 PM / 01:43]
**Ofc. Malek:** What's your kid's mom's name?

[8:22 PM / 01:45]
**Ward:** Donna Achuff.

[8:22 PM / 01:46]
**Ofc. Malek:** Okay. Donna, what's her last?

[8:22 PM / 01:49]
**Ward:** Achuff. A-C-H-U-F-F.

## EXHIBIT 1a

**EXHIBIT 1a**

[8:22 PM / 01:50]
**Ofc. Malek:** Okay. Who's Jonathan? Jonathan then

[8:22 PM / 01:53]
**Ward:** Jonathan is probably her boyfriend, is that? Her name should be on the car.

[8:22 PM / 01:58]
**Ofc. Malek:** Okay. Because that's whose name's on, that's whose name's on the registration that I'm looking at.

[8:22 PM / 02:03]
**Ward:** John, Jonathan's her new boyfriend. Me and my kid's mom still have a good relationship and stuff.

[8:22 PM / 02:07]
**Ofc. Malek:** Okay.

[8:22 PM / 02:07]
**Ward:** And she gave me this car when my car broke down.

[8:22 PM / 02:09]
**Ofc. Malek:** Okay.

[8:22 PM / 02:09]
**Ward:** So I had to move out here. That's why it's from

[8:22 PM / 02:12]
**Ofc. Malek:** I gotcha.

[8:22 PM / 02:12]
**Ward:** Port Huron area.

[8:22 PM / 02:13]
**Ofc. Malek:** Okay.

[8:22 PM / 02:15]
**Ward:** Um, sorry.

[8:22 PM / 02:19]
**Ofc. Malek:** No, you're okay

[8:22 PM / 02:24]
**Ward:** I know it's somewhere, is this it? I haven't never really checked it.

[8:22 PM / 02:34]
**Ofc. Malek:** Okay. That one's expired.

[8:22 PM / 02:35]
**Ward:** Is it?

**EXHIBIT 1a**

## EXHIBIT 1a

[8:22 PM / 02:36]
**Ofc. Malek:** As of January 20th?

[8:22 PM / 02:37]
**Ward:** She didn't tell me anything about that.

[8:23 PM / 02:40]
**Ofc. Malek:** Okay.

[8:23 PM / 02:40]
**Ward:** Um,

[8:23 PM / 02:43]
**Ofc. Malek:** So she makes the payments on it and

[8:23 PM / 02:44]
**Ward:** I, I usually give her money.

[8:23 PM / 02:45]
**Ofc. Malek:** Okay.

[8:23 PM / 02:46]
**Ward:** I give, I give her money when I can. I'm, I kind of, I kind, I lost my job and I had to move out here

[8:23 PM / 02:50]
**Ofc. Malek:** Okay.

[8:23 PM / 02:50]
**Ward:** With my mom because

[8:23 PM / 02:52]
**Ofc. Malek:** Okay.

[8:23 PM / 02:52]
**Ward:** I, I haven't been able to find work.

[8:23 PM / 02:53]
**Ofc. Malek:** Okay. So you're living here in the city now?

[8:23 PM / 02:55]
**Ward:** Uh, no. I live over in, um, Perrinton.

[8:23 PM / 02:56]
**Ofc. Malek:** Perrinton.

[8:23 PM / 02:58]
**Ward:** I was just coming into town to, my son's birthday was yesterday.

## EXHIBIT 1a

**EXHIBIT 1a**

[8:23 PM / 03:00]
**Ofc. Malek:** Okay.

[8:23 PM / 03:01]
**Ward:** I was just picking him up some stuff.

[8:23 PM / 03:03]
**Ofc. Malek:** I gotcha.

[8:23 PM / 03:03]
**Ward:** I was pick him up tomorrow from his mom.

[8:23 PM / 03:04]
**Ofc. Malek:** Okay. What's your new address in Perrinton?

[8:23 PM / 03:07]
**Ward:** Uhhhhh. Gimme one second.

[8:23 PM / 03:12]
**Ofc. Malek:** Yeah, you're good boss. No other weapons in the car?

[8:23 PM / 03:14]
**Ward:** No.

[8:23 PM / 03:15]
**Ofc. Malek:** Nothing illegal? No open alcohol, nothing like that?

[8:23 PM / 03:17]
**Ward:** Nope. I don't drink.

[8:23 PM / 03:18]
**Ofc. Malek:** Okay.

[8:23 PM / 03:19]
**Ward:** Uh, I think I have it on my,

[8:23 PM / 03:27]
**Ofc. Malek:** I'm secure. You just wanna have the 312 over this way, please.

[8:23 PM / 03:37]
**Ward:** I have it. I haven't memorized it yet. I'm sorry.

[8:24 PM / 03:43]
**Ofc. Malek:** Okay. All right. Just see if you're able to find that insurance for me. I'll be back up here in a second. All right, boss?

[8:24 PM / 04:33]
**Ofc. Malek:** Yep. Just as I figured it doesn't have insurance. It's registered to no, make, no model. It's expired as of the sixth. The insurance he showed me also expired the sixth.

**EXHIBIT 1a**

## EXHIBIT 1a

[8:25 PM / 04:55]
**Officer :** Just so you're aware on some know something like that. I'm perfectly fine with you keeping 'em out if you want.

[8:25 PM / 05:00]
**Ofc. Malek:** Okay.

[8:25 PM / 05:00]
**Officer :** What your normal Thing is.

[8:25 PM / 05:01]
**Ofc. Malek:** Uh, yeah. And the only reason I am sit back down was 'cause after I grabbed that knife, I didn't.

[8:25 PM / 05:06]
**Officer:** Gotcha.

[8:25 PM / 05:06]
**Ofc. Malek:** Yeah.

[8:25 PM / 05:08]
**Officer:** I say my normal go-to is

[8:25 PM / 05:10]
**Ofc. Malek:** Just keep 'em,

[8:25 PM / 05:10]
**Officer:** pat 'em down. Yeah. Keep 'em all in front of the car.

[8:25 PM / 05:12]
**Ofc. Malek:** Okay.

[8:25 PM / 05:13]
**Officer:** It's my normal go-to. Even if no one's here, we can have somebody coming anyways, but

[8:25 PM / 05:19]
**Ofc. Malek:** Yeah, it's just weird. He call,

[8:25 PM / 05:21]
**Officer:** I Just don't like people in the car if they're

[8:25 PM / 05:23]
**Ofc. Malek:** Okay. Yeah. It's just weird. He doesn't know what his address is.

[8:25 PM / 05:27]
**Officer:** Right.

## EXHIBIT 1a

## EXHIBIT 1a

[8:26 PM / 05:53]
**Ofc. Malek:** Uh, I just flicked him. He had this giant knife in his door. It's the Ivy now, Um, expired. He's from like, Koski area, says he's living in Harrington but doesn't know what his address is.

[8:26 PM / 06:04]
**Officer :** Okay.

[8:26 PM / 06:04]
**Ofc. Malek:** Little weird. So, yep.

[8:26 PM / 06:14]
**Ward:** This is the address I'm currently residing at.

[8:26 PM / 06:16]
**Ofc. Malek:** Okay.

[8:26 PM / 06:17]
**Ward:** I haven't been there too long. I do need to get my address changed

[8:26 PM / 06:20]
**Ofc. Malek:** Okay.

[8:26 PM / 06:20]
**Ward:** With my, uh, ID and stuff.

[8:26 PM / 06:23]
**Ofc. Malek:** Sure.

[8:26 PM / 06:23]
**Ward:** But, uh, That's my current address. Do you need me to rewrite? My handwriting is kind of sloppy.

[8:26 PM / 06:27]
**Ofc. Malek:** Okay. Nope, that's fine. Alright, boss. What, what I do need you to do is if you wanna just set that stuff up on the dash for me.

[8:26 PM / 06:33]
**Ward:** What's up?

[8:26 PM / 06:34]
**Ofc. Malek:** Uh, so I'm gonna have you step outta the car real quick.

[8:26 PM / 06:36]
**Ward:** Why?

[8:26 PM / 06:36]
**Ofc. Malek:** I'm gonna explain it. Just hop out. Okay. Don't reach for anything. Step out. Face him. You can leave the keys on the dash. Yep. So, nope. Don't reach for anything.

## EXHIBIT 1a

## EXHIBIT 1a

[8:27 PM / 06:45]
**Ward:** Okay. I'm sorry.

[8:27 PM / 06:47]
**Ofc. Malek:** Put your hands behind your back. Okay.

[8:27 PM / 06:48]
**Ward:** Why are you arresting me?

[8:27 PM / 06:49]
**Ofc. Malek:** So you're not under arrest at this point. You're detained. So obviously the car doesn't have valid insurance on it.

[8:27 PM / 06:53]
**Ward:** Okay. I'm Sorry.

[8:27 PM / 06:55]
**Ofc. Malek:** Stop. Do not pull your arms away.

[8:27 PM / 06:57]
**Officer:** Just hang right there for now.

[8:27 PM / 06:57]
**Ofc. Malek:** I'm just pulling my sleeve out.

[8:27 PM / 06:58]
**Officer :** You're good.

[8:27 PM / 06:59]
**Ward:** Can I drop this pen in my hand?

[8:27 PM / 07:00]
**Officer:** Yep. Drop it.

[8:27 PM / 07:01]
**Ward:** Okay.

[8:27 PM / 07:02]
**Ofc. Malek:** Interlace your fingers.

[8:27 PM / 07:05]
**Ward:** Why am I being detained?

[8:27 PM / 07:06]
**Ofc. Malek:** I just said the car doesn't have valid insurance on it.

[8:27 PM / 07:10]
**Ward:** You're detaining me for not having

## EXHIBIT 1a

## EXHIBIT 1a

[8:27 PM / 07:10]
**Ofc. Malek:** Well, that's an arrestable misdemeanor offense.

[8:27 PM / 07:12]
**Ward:** I didn't know That. I can, can I get my car towed?

[8:27 PM / 07:15]
**Ofc. Malek:** It's probably gonna be towed. Yep.

[8:27 PM / 07:17]
**Ward:** Can I get it, call a tow.

[8:27 PM / 07:18]
**Ofc. Malek:** Okay. Do you have anything that's gonna cut, poke, stick stab me?

[8:27 PM / 07:20]
**Ward:** No, I do not.

[8:27 PM / 07:21]
**Ofc. Malek:** Okay.

[8:27 PM / 07:29]
**Ward:** Okay.

[8:28 PM / 07:45]
**Ofc. Malek:** All right. Pull your arms away. All right. Walk back to my car on the passenger side there.

[8:28 PM / 07:51]
**Ward:** Okay. I don't understand what's going on right now.

[8:28 PM / 07:54]
**Ofc. Malek:** Okay. So I'll explain a third time. Okay?

[8:28 PM / 07:56]
**Ward:** I, I mean, I get it, But I,

[8:28 PM / 07:58]
**Ofc. Malek:** Okay, then you do understand what's going on.

[8:28 PM / 07:59]
**Ward:** That's just, it's just super weird, man. You're putting me in your cop car for not having insurance,

[8:28 PM / 08:02]
**Ofc. Malek:** You're under arrest.

[8:28 PM / 08:03]
**Ward:** You said I wasn't under arrest. You said I was being detained

## EXHIBIT 1a

**EXHIBIT 1a**

[8:28 PM / 08:05]
**Ofc. Malek:** You are now detained. You were detained when I asked you to get out.

[8:28 PM / 08:09]
**Ward:** Can I get my wallet and my phone so I can make my phone Call? Please?

[8:28 PM / 08:11]
**Ofc. Malek:** You don't get a phone call.

[8:28 PM / 08:13]
**Ward:** I do get a phone call. It's my rights man, please.

[8:28 PM / 08:14]
**Ofc. Malek:** You've been informed incorrectly. Your right is when you get to a jail, you have to have access to a phone.

[8:28 PM / 08:19]
**Ward:** I can, I need my phone so I can have phone numbers.

[8:28 PM / 08:20]
**Ofc. Malek:** You're not getting your phone.

[8:28 PM / 08:21]
**Ward:** Can you bring it with me in my wallet for my ID?

[8:28 PM / 08:24]
**Ofc. Malek:** If you would let me talk for two seconds.

[8:28 PM / 08:25]
**Ward:** I'm sorry. I'm just, I'm scared, dude. I don't know what's going on. I have three guys with me around guns. I didn't do anything.

[8:28 PM / 08:31]
**Officer:** There just here.

[8:28 PM / 08:32]
**Ofc. Malek:** Yeah.

[8:28 PM / 08:32]
**Officer:** He's just watching.

[8:28 PM / 08:33]
**Ofc. Malek:** Yeah. And no one has their gun out.

[8:28 PM / 08:35]
**Ward:** Well, I know, but you,

[8:28 PM / 08:36]
**Ofc. Malek:** So you're driving the car. I stopped you for a legal reason, like I explained. Okay.

**EXHIBIT 1a**

**EXHIBIT 1a**

[8:29 PM / 08:39]
**Ward:** But it's my kid's birthday.

[8:29 PM / 08:41]
**Ofc. Malek:** Let me, all right. Well, I'm not gonna explain if you're not gonna let me talk.

[8:29 PM / 08:44]
**Ward:** I'm sorry, I'm listening, I'll be, I will be quiet.

[8:29 PM / 08:45]
**Ofc. Malek:** So at that point, you were detained. You showed me insurance that was expired as of January. I confirmed the return that didn't have insurance. Step up to my car.

[8:29 PM / 08:53]
**Ward:** Okay, sir.

[8:29 PM / 08:54]
**Ofc. Malek:** At that point, once you went in handcuffs, you're under arrest for operating without insurance, which is why you're in handcuffs going in the backseat of my car.

[8:29 PM / 09:00]
**Ward:** Can I just walk home or something and call my family?

[8:29 PM / 09:02]
**Ofc. Malek:** So

[8:29 PM / 09:03]
**Ward:** to come pick me up, please?

[8:29 PM / 09:04]
**Ofc. Malek:** You no one said you're going to jail.

[8:29 PM / 09:05]
**Ward:** Okay?

[8:29 PM / 09:06]
**Ofc. Malek:** Just 'cause you're under arrest doesn't mean you go to jail.

[8:29 PM / 09:08]
**Ward:** Okay. They're just key rings.

[8:29 PM / 09:17]
**Ofc. Malek:** Yep. You just can't have 'em in your pocket.

[8:29 PM / 09:19]
**Ward:** Okay. Just my belt.

**EXHIBIT 1a**

## EXHIBIT 1a

[8:29 PM / 09:24]
**Ofc. Malek:** Yep. All right. Pull your arms away again. All right. Go and have a seat.

[8:30 PM / 09:44]
**Ward:** Can I, I have in, in the back on the floor, I have a, a bag. It has some marijuana that I purchased.

[8:30 PM / 09:52]
**Ofc. Malek:** Yep. All right. So what's gonna happen, probably, um,

[8:30 PM / 10:02]
**Ward:** Okay.

[8:30 PM / 10:03]
**Ofc. Malek:** Is there anything in the car that's gonna cut, poke, stick, stab me?

[8:30 PM / 10:05]
**Ward:** No.

[8:30 PM / 10:06]
**Ofc. Malek:** Anything that's illegal?

[8:30 PM / 10:07]
**Ward:** No. I have my firearm though.

[8:30 PM / 10:09]
**Ofc. Malek:** You have a firearm?

[8:30 PM / 10:10]
**Ward:** Yeah. I, I'm sorry, I forgot that I had it in there.

[8:30 PM / 10:13]
**Ofc. Malek:** So you have a gun in the car?

[8:30 PM / 10:14]
**Ward:** It is my firearm, yes. I'm letting you know now.

[8:30 PM / 10:16]
**Ofc. Malek:** Yep. So earlier when I was standing there and I said, is there, is there any guns in the car?

[8:30 PM / 10:20]
**Ward:** I'm sorry, I forgot it was there.

[8:30 PM / 10:21]
**Ofc. Malek:** Yep. Alright, turn your body sideways.

[8:30 PM / 10:26]
**Ward:** Sorry.

## EXHIBIT 1a

# EXHIBIT 1a

[8:30 PM / 10:27]
**Ofc. Malek:** Yep.

[8:30 PM / 10:29]
**Ward:** It's under the trunk UI.

[8:30 PM / 10:30]
**Ofc. Malek:** Yep.

[8:30 PM / 10:32]
**Ward:** That's my legal gun.

[8:30 PM / 10:34]
**Ofc. Malek:** Alright. Do you have a CPL?

[8:30 PM / 10:35]
**Ward:** I do not have a CPL. I'm sorry.

[8:31 PM / 10:39]
**Ofc. Malek:** Well that explains that

[8:31 PM / 10:40]
**Officer :** He's got a card.

[8:31 PM / 10:41]
**Ofc. Malek:** Yep. That's why he was so squirrely and wanted to get out. He's got a gun under the seat.

[8:31 PM / 10:47]
**Officer :** Did You UI?

[8:31 PM / 10:48]
**Ofc. Malek:** What's that?

[8:31 PM / 10:49]
**Officer :** You saw UI?

[8:31 PM / 10:52]
**Ofc. Malek:** Not,

[8:31 PM / 10:54]
**Officer :** I thought I don't, I meant must be smelling something different. Corn or something.

[8:31 PM / 10:58]
**Officer :** I can smell cold.

[8:31 PM / 10:59]
**Ofc. Malek:** Yeah. Yep.

# EXHIBIT 1a

**EXHIBIT 1a**

[8:31 PM / 11:04]
**Officer:** I clicked on and down.

[8:31 PM / 11:05]
**Ofc. Malek:** Hundred percent. Yep. Alright, so, um, that's gonna be CCW Obviously if he doesn't have a CPL along with the no insurance, I will, um, take your Miranda card. Just ask him some questions. I'm sure it's his, he said it's his,

[8:31 PM / 11:36]
**Officer :** he said it's not registered to him Either, But he say it's him or

[8:32 PM / 11:39]
**Ofc. Malek:** He said it's his. He doesn't have a CPL

[8:32 PM / 11:41]
**Officer :** No the car.

[8:32 PM / 11:42]
**Ofc. Malek:** Oh yeah. The car belongs to girlfriend's, ex-girlfriend's boyfriend.

[8:32 PM / 11:47]
**Officer :** Okay.

[8:32 PM / 11:48]
**Ofc. Malek:** Yeah. So

[8:32 PM / 11:50]
**Officer :** I don't have a Miranda card.

[8:32 PM / 11:51]
**Ofc. Malek:** You don't?

[8:32 PM / 11:52]
**Officer :** It was in my other notebook.

[8:32 PM / 11:54]
**Ofc. Malek:** Can I borrow my FTOs Miranda card as the fact that they haven't provided me with one?

[8:32 PM / 11:59]
**Officer :** If I had one on me.

[8:32 PM / 12:00]
**Ofc. Malek:** I'll just look it up off Google then and read it off my phone.

[8:32 PM / 12:02]
**Officer :** I just doesn't asking for the first.

**EXHIBIT 1a**

**EXHIBIT 1a**

[8:32 PM / 12:04]
**Ofc. Malek:** Yeah. And that's not under me not being prepared. That's me under not having given one. Um, okay. But I'll read him that. Figure out what's going on with the gun in the car. A little weird. 'cause it's from like,

[8:32 PM / 12:24]
**Officer :** You wanna work on all that? You want Me to?

[8:32 PM / 12:26]
**Ofc. Malek:** Yeah, if you wanna toss it, make sure there's nothing else. I'll read him Miranda, let him know.

[8:32 PM / 12:31]
**Officer:** Is that an egg lighter to?

[8:32 PM / 12:33]
**Ofc. Malek:** Yeah, it is. Yep. That's his address in Parrinton. Okay. Good yard. Hmm. Miranda card.

[8:33 PM / 13:07]
**Officer :** Huh? Huh? Never know.

[8:33 PM / 13:11]
**Ofc. Malek:** I got his, ID. Got it. Um, I need check. Yeah, I can give it to You real quick.

[8:33 PM / 13:19]
**Officer :** I, uh, I,

[8:33 PM / 13:24]
**Ofc. Malek:** Uh, Uh, yeah, here we go.

[8:33 PM / 13:28]
**Officer :** Thanks bro. I'll run it right back.

[8:33 PM / 13:29]
**Ofc. Malek:** Oh yeah, you're good. Yeah. I guarantee you, when he slowed down and leaned his body forward, he Was taking it out of his waistband, so Yeah, hundred percent. Which is why he hopped right out, yep.

[8:34 PM / 13:47]
**Officer :** Know, supposedly his and he just hasn't registered it either. But yeah,

[8:34 PM / 13:58]
**Ofc. Malek:** The insurance he showed me expired in January and that's the date the registration did. So he acknowledged that obviously. All right, boss. Nope. No.

[8:34 PM / 14:10]
**Ward:** Oh, I'm Sorry.

**EXHIBIT 1a**

## EXHIBIT 1a

[8:34 PM / 14:12]
**Ofc. Malek:** Yep. Unless I tell you to, to step out, just stay in. Okay.

[8:34 PM / 14:15]
**Ward:** I, I've never been,

[8:34 PM / 14:16]
**Ofc. Malek:** You're, you're okay. I'm in the back.

[8:34 PM / 14:17]
**Ward:** So, I'm sorry.

[8:34 PM / 14:17]
**Ofc. Malek:** Just 'cause you're in the backseat of a cop car, you're in handcuffs. You're not free to go. I have to read you your rights. Okay? You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to a lawyer and have him or her present with you while you're being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questionings if you wish. You can decide at any time to exercise these rights and not answer questions or make any statements. Do you understand these rights as I have explained them to you?

[8:35 PM / 14:40]
**Ward:** Yes.

[8:35 PM / 14:40]
**Ofc. Malek:** Okay.

[8:35 PM / 14:41]
**Ward:** May I, May I please have my wallet and my phone. So I have my numbers. I don't have any numbers in my head.

[8:35 PM / 14:45]
**Ofc. Malek:** Yep. So well, obviously we'll grab the wallet and the phone.

[8:35 PM / 14:49]
**Ward:** You still have my ID also?

[8:35 PM / 14:50]
**Ofc. Malek:** Yep. I have your ID. So who, is the gun registered to you?

[8:35 PM / 14:54]
**Ward:** It is registered to me.

[8:35 PM / 14:55]
**Ofc. Malek:** Okay, but you,

[8:35 PM / 14:56]
**Ward:** I registered it in Port Huron, Michigan.

## EXHIBIT 1a

## EXHIBIT 1a

[8:35 PM / 14:57]
**Ofc. Malek:** It's Port Huron Michigan. But you do not have a CPL. You don't? Okay. Did you have that gun on you when you were driving?

[8:35 PM / 15:03]
**Ward:** No, I had it under my seat.

[8:35 PM / 15:04]
**Ofc. Malek:** Okay.

[8:35 PM / 15:04]
**Ward:** I forgot I had put it there before. That's Why I,

[8:35 PM / 15:06]
**Ofc. Malek:** when I flicked you, I see you were making a couple movements.

[8:35 PM / 15:09]
**Ward:** I'm sorry.

[8:35 PM / 15:09]
**Ofc. Malek:** You didn't have it in your waistband?

[8:35 PM / 15:10]
**Ward:** No.

[8:35 PM / 15:10]
**Ofc. Malek:** You didn't tuck it under the seat.

[8:35 PM / 15:11]
**Ward:** I feel uncomfortable. I didn't. I promise you.

[8:35 PM / 15:13]
**Ofc. Malek:** So it was under the seat?

[8:35 PM / 15:14]
**Ward:** Yes.

[8:35 PM / 15:15]
**Ofc. Malek:** Okay. Is there anything else in the car besides your marijuana, your 21? If it's not over the quality, then obviously that's legal.

[8:35 PM / 15:21]
**Ward:** Maybe like a quarter or something.

[8:35 PM / 15:22]
**Ofc. Malek:** Okay. And the car is registered to ex-girlfriend's current boyfriend?

[8:35 PM / 15:22]
**Ward:** Yeah, I can call her. I mean,

## EXHIBIT 1a

## EXHIBIT 1a

[8:35 PM / 15:28]
**Ofc. Malek:** And she's in Port Huron?

[8:35 PM / 15:29]
**Ward:** Yeah. She's not gonna be able to help me much right now, but I can, she can talk to you.

[8:35 PM / 15:32]
**Ofc. Malek:** I'm, I'm more concerned that you, you have permission to drive the car.

[8:35 PM / 15:34]
**Ward:** Yes, I do. I, I can talk to her.

[8:35 PM / 15:36]
**Ofc. Malek:** It just seems weird. You're here in Gratiot County for with the car.

[8:35 PM / 15:38]
**Ward:** I, I moved in with my mom. Okay. They live in Parrinton. I lost my, I've been down on my luck lately.

[8:36 PM / 15:41]
**Ofc. Malek:** I gotcha. But she knows you're driving the car. She wouldn't have any problem with you having the car?

[8:36 PM / 15:46]
**Ward:** Yes.

[8:36 PM / 15:46]
**Ofc. Malek:** Okay. Um, when, when did you buy the firearm? How long have you had it?

[8:36 PM / 15:50]
**Ward:** I've had it since like 2020. I've had it, so for a long time.

[8:36 PM / 15:53]
**Ofc. Malek:** So it's fi six years now and it's registered in your name?

[8:36 PM / 15:56]
**Ward:** Yeah.

[8:36 PM / 15:56]
**Ofc. Malek:** You don't have a CPL? Why, why are you driving around with it under your seat, I guess?

[8:36 PM / 16:00]
**Ward:** I don't know. It was stupid. I should have put it in my trunk. I don't really just, things are scary sometimes, you know?

[8:36 PM / 16:05]
**Ofc. Malek:** Okay.

## EXHIBIT 1a

## EXHIBIT 1a

[8:36 PM / 16:05]
**Ward:** Like, the world's a scary place and I, I just, I'm not a very big guy, man.

[8:36 PM / 16:09]
**Ofc. Malek:** Yeah.

[8:36 PM / 16:09]
**Ward:** You know, I'm just, I I've never used it. I've never disarmed it. I don't take it into stores with me. It's literally just at the, in the worst case for emergencies you know.

[8:36 PM / 16:16]
**Ofc. Malek:** I gotcha.

[8:36 PM / 16:16]
**Ward:** Like, I don't really even care for guns all that much. That's why it's a G2C.

[8:36 PM / 16:20]
**Ofc. Malek:** Yeah. Okay.

[8:36 PM / 16:22]
**Ward:** You know?

[8:36 PM / 16:23]
**Ofc. Malek:** Okay. I gotcha. I gotcha. Okay. So I'm gonna let let you obviously know what's gonna happen. So,

[8:36 PM / 16:30]
**Ward:** Sure.

[8:36 PM / 16:30]
**Ofc. Malek:** For the, you're under arrest now for the weapon. You can't carry a gun like that without a CPL. You can't do that.

[8:36 PM / 16:36]
**Ward:** No. I, I've been so

[8:36 PM / 16:37]
**Ofc. Malek:** obviously

[8:36 PM / 16:37]
**Ward:** I need to get it. You're right.

[8:36 PM / 16:38]
**Ofc. Malek:** Yeah. You're under arrest for that and then for the no insurance. Okay. The car's gonna get towed. It has to get towed. There's no one that can legally drive it. Okay.

[8:37 PM / 16:45]
**Ward:** I can call my stepdad to come get it.

## EXHIBIT 1a

## EXHIBIT 1a

[8:37 PM / 16:47]
**Officer :** The car's gonna get towed 'cause it's used, also

[8:37 PM / 16:49]
**Ward:** Can I, can I call a private tow to tow to my house? I, I would, I would be more ideal. I can call my stepdad to tow it.

[8:37 PM / 16:55]
**Ofc. Malek:** It, it doesn't have insurance, so it's gonna go with our tow.

[8:37 PM / 16:58]
**Ward:** I know but I

[8:37 PM / 16:58]
**Ofc. Malek:** It's gonna go to Gratiot Towing. That's our policy. That's our policy. So, and it was used in the commission of the crime. So it's gonna go to Gratiot Towing. Um, we'll grab your phone and your wallet. Those are really gonna be the only two things you can take with you to the jail. And then

[8:37 PM / 17:10]
**Ward:** Yes sir.

[8:37 PM / 17:10]
**Ofc. Malek:** Obviously you're gonna go to the jail. Okay?

[8:37 PM / 17:12]
**Ward:** Yes sir.

[8:37 PM / 17:13]
**Ofc. Malek:** Questions?

[8:37 PM / 17:15]
**Ward:** No.

[8:37 PM / 17:15]
**Ofc. Malek:** No. Okay. Swing your leg back in a little bit.

[8:37 PM / 17:23]
**Officer :** Did he say it

[8:37 PM / 17:24]
**Ofc. Malek:** What's that? He said, I don't know. She just sends me the copy, but it, the copy he has has clearly expired. He showed it to me. It expired. So

[8:37 PM / 17:35]
**Officer :** Wrote,

[8:38 PM / 17:40]
**Ofc. Malek:** I mean, I don't really even care about the misdemeanor. No insurance. It's felony. CCW.

## EXHIBIT 1a

## EXHIBIT 1a

[8:38 PM / 17:45]
**Officer :** Right. You just have to articulate in the report why you, you putting in?

[8:38 PM / 17:48]
**Ofc. Malek:** He told to I, he told me there was a gun. No.

[8:38 PM / 17:50]
**Officer :** Why you detained him originally. Was

[8:38 PM / 17:52]
**Ofc. Malek:** That Oh yeah. For the no insurance. Yeah. A hundred percent. Yep. I mean, we can, I can. It's EIV. No, he shows me his insurance, which is clearly expired. He said this is the insurance I have.

[8:38 PM / 18:04]
**Officer4:** Right. So he's detained regardless for

[8:38 PM / 18:06]
**Ofc. Malek:** Investigation, investigation, lever that point. I put him in my backseat. He advised when I told him that the car would have to be inventoried if it was towed, he advised that there was a gun under the seat. That point probable cause.

[8:38 PM / 18:16]
**Officer:** Right. We got this furtive movement. We have, yeah, there actions eyes and he super nervous shake.

[8:38 PM / 18:21]
**Ofc. Malek:** Yeah. Hopped out as soon as we got in. Yeah. Or pulled up. Didn't wanna get back in, so, okay.

[8:38 PM / 18:27]
**Officer :** Yeah, he was in there. He was tucking the leg

[8:38 PM / 18:30]
**Ofc. Malek:** Yeah.

[8:38 PM / 18:30]
**Officer :** Down like, like that to kind of block in at it.

[8:38 PM / 18:33]
**Ofc. Malek:** Yeah. Yeah.

[8:38 PM / 18:36]
**Officer :** Nothing around the got. I'm not gonna To see.

[8:39 PM / 18:42]
**Ofc. Malek:** Okay. Yeah,

[8:39 PM / 18:48]
**Officer:** You got the <inaudible> in.

## EXHIBIT 1a

## EXHIBIT 1a

[8:39 PM / 18:49]
**Officer :** No. .

[8:39 PM / 18:52]
**Officer:** Whatever we gotta do

[8:39 PM / 18:53]
**Ofc. Malek:** With What's that?

[8:39 PM / 18:54]
**Officer :** I said Whatever we gotta do. Did you run Yet?

[8:39 PM / 18:56]
**Ofc. Malek:** Yeah, he's valid. Clear driver? No. Uh, warrant

[8:39 PM / 18:59]
**Officer :** CPL though?

[8:39 PM / 18:59]
**Ofc. Malek:** No.

[8:39 PM / 19:00]
**Officer :** Did You run the CPI test on it?

[8:39 PM / 19:06]
**Ofc. Malek:** Yeah.

[8:39 PM / 19:07]
**Ward:** Hey officer, I'm trying to get your attention. I, I did have a knife in that bag. I forgot that I had that knife in that bag.

[8:39 PM / 19:13]
**Ofc. Malek:** Yeah, he already found it. So. Yep. Gimme one sec. One sec. Do you, do you still have his ID?

[8:39 PM / 19:26]
**Officer :** Oh, I gave it to Bulky.

[8:39 PM / 19:27]
**Ofc. Malek:** Okay. Perfect. Do you have his ID?

[8:39 PM / 19:33]
**Officer :** It's on the holster

[8:39 PM / 19:37]
**Ofc. Malek:** A little bit of what?

[8:40 PM / 19:40]
**Officer :** UI

## EXHIBIT 1a

**EXHIBIT 1a**

[8:40 PM / 19:40]
**Ofc. Malek:** Oh,

[8:40 PM / 19:40]
**Officer :** Container Looks like a residue bag.

[8:40 PM / 19:43]
**Ofc. Malek:** Alright. Um,

[8:40 PM / 19:44]
**Officer :** it's sitting up on the Front floor.

[8:40 PM / 19:46]
**Ofc. Malek:** Okay.

[8:40 PM / 19:51]
**Officer :** This is all in the backpack here.

[8:40 PM / 19:53]
**Ofc. Malek:** Oh, more ammo.

[8:40 PM / 19:54]
**Officer:** That one. It's down residue. Yeah.

[8:40 PM / 19:57]
**Ofc. Malek:** All right. You butane torch. Another mag knife. Cool. Let me run his CPL.

[8:40 PM / 20:18]
**Ward:** Wallet.

[8:40 PM / 20:19]
**Ofc. Malek:** I will before we leave. Yep. Thank you. Yep.

[8:40 PM / 20:24]
**Ward:** These cuffs are cutting off my circulation. Before we go.

[8:40 PM / 20:28]
**Ofc. Malek:** Yep. I'll recheck 'em. Yep.

[8:40 PM / 20:29]
**Ward:** Thank you.

[8:40 PM / 20:30]
**Ofc. Malek:** When was the last time you used meth?

[8:40 PM / 20:32]
**Ward:** I don't use meth.

**EXHIBIT 1a**

**EXHIBIT 1a**

[8:40 PM / 20:33]
**Ofc. Malek:** Okay. What's in that white pill bottle?

[8:40 PM / 20:37]
**Ward:** What white pill bottle?

[8:40 PM / 20:37]
**Ofc. Malek:** It's clear or it's, uh, like, oh, a yellowish pill bottle. It's got white residue in the bottom of it.

[8:41 PM / 20:42]
**Ward:** It's probably just a roach. I put roaches in bottles. You can drug test me. All I have in my system is weed.

[8:41 PM / 20:49]
**Ofc. Malek:** Secure. Okay.

[8:41 PM / 20:51]
**Ward:** I don't use meth or any other drug.

[8:41 PM / 20:55]
**Ofc. Malek:** Okay.

[8:41 PM / 21:09]
**Officer :** I, I didn't open it. I can see.

[8:41 PM / 21:10]
**Ward:** I, I forgot I had that in my bag. I, I just wanted, I was trying to get your attention when I see my bag, I remembered, but no one heard me UI .

[8:41 PM / 21:16]
**Ofc. Malek:** Yeah, you're okay.

[8:41 PM / 21:18]
**Ward:** I just wanted to let you know about it. But that's, that just the knife, I saw that you already took that, the window breaker. Besides that. That's all that's in there.

[8:41 PM / 21:32]
**Ofc. Malek:** So what made you move up here with your mom?

[8:41 PM / 21:35]
**Ward:** I, I didn't have anywhere else to go.

[8:41 PM / 21:37]
**Ofc. Malek:** Okay.

[8:41 PM / 21:38]
**Ward:** I lost my house, but I, I owned a house, but it, it was in the middle of UI and it was on a shared well. And the people who owned the well took the well away from

**EXHIBIT 1a**

**EXHIBIT 1a**

everybody else. There was like four other people got screwed over and I couldn't afford a well.

[8:42 PM / 21:52]
**Ofc. Malek:** I'm following. Okay.

[8:42 PM / 21:53]
**Ward:** I kind of had to leave my house because I

[8:43 PM / 23:01]
**Ofc. Malek:** Mm-hmm.

[8:43 PM / 23:04]
**Officer 3:** No CPL

[8:43 PM / 23:05]
**Ofc. Malek:** suspended last year.

[8:43 PM / 23:07]
**Officer :** Suspended.

[8:43 PM / 23:07]
**Ofc. Malek:** Why was your CPL suspended?

[8:43 PM / 23:09]
**Ward:** I never had a CPL.

[8:43 PM / 23:14]
**Ofc. Malek:** Lemme make sure. License suspended, make sure this Oh, it's just, okay. Yep. So it's same name and everything. Just different date of birth.

[8:43 PM / 23:27]
**Officer :** Gotcha.
**Ofc. Malek:** So he does not have one

[8:43 PM / 23:33]
**Ofc. Malek:** Yep.

[8:44 PM / 24:28]
**Ofc. Malek:** Purchaser. No.

[8:45 PM / 24:42]
**Officer :** Come back to him.

[8:45 PM / 24:43]
**Ofc. Malek:** Yep. All right. What? Nothing in here.

[8:45 PM / 25:20]
**Officer :** It's Probably charcloth. Its black.

**EXHIBIT 1a**

## EXHIBIT 1a

[8:45 PM / 25:23]
**Ofc. Malek:** yep

[8:45 PM / 25:23]
**Officer :** Oh yeah. The is the ocean.

[8:45 PM / 25:30]
**Ofc. Malek:** I have no idea.

[8:45 PM / 25:32]
**Officer :** Have a with it. See cabs maybe. Disgusting.

[8:46 PM / 25:40]
**Officer :** Oh no, it's, yeah, that's fire starting. Shit. That's like June 20.

[8:46 PM / 25:44]
**Ofc. Malek:** Oh, alright then.

[8:46 PM / 25:46]
**Officer :** All that. Back Up.

[8:46 PM / 25:48]
**Ofc. Malek:** All right, I'm gonna go ask him about this. Just see what, he says. So this is what I'm talking about. Why?

[8:46 PM / 26:05]
**Ward:** I don't know what that is.

[8:46 PM / 26:05]
**Ofc. Malek:** There's a dime baggie inside of a pill bottle.

[8:46 PM / 26:08]
**Ward:** That's a, that's a rubber band.

[8:46 PM / 26:09]
**Ofc. Malek:** The dime baggie.

[8:46 PM / 26:10]
**Ward:** I don't know.

[8:46 PM / 26:11]
**Ofc. Malek:** Okay. With the, the powder in there.

[8:46 PM / 26:14]
**Ward:** It's not

[8:46 PM / 26:15]
**Ofc. Malek:** Okay. ,

## EXHIBIT 1a

## EXHIBIT 1a

[8:46 PM / 26:15]
**Ward:** Any, I don't do meth, dude. Like, I don't know.

[8:46 PM / 26:18]
**Officer :** Coke

[8:46 PM / 26:18]
**Ofc. Malek:** Yeah.

[8:46 PM / 26:19]
**Ward:** No, I don't do coke.

[8:46 PM / 26:19]
**Ofc. Malek:** That's how people run drugs. I mean, why else would there be a dime bag with white powder residue inside of a pill bag?

[8:46 PM / 26:25]
**Ward:** Maybe it was from a long time ago that I had, I used to buy Adderall from a friend when I was working.

[8:46 PM / 26:28]
**Ofc. Malek:** Okay.

[8:46 PM / 26:28]
**Ward:** When I was, I used to work midnights, but that was like forever ago. I might've just thrown it in there and forgot I had it in there.

[8:46 PM / 26:34]
**Ofc. Malek:** Okay.

[8:46 PM / 26:34]
**Ward:** Like, but that was years ago, dude. Like, literally like a year, a year or two ago. Like there's, I

[8:47 PM / 26:40]
**Ofc. Malek:** You think that's the valuable response that I'm gonna believe?

[8:47 PM / 26:43]
**Ward:** I mean, whether you believe it or not, it's the truth.

[8:47 PM / 26:45]
**Ofc. Malek:** Mm-hmm. So you've already lied multiple times?

[8:47 PM / 26:47]
**Ward:** No, I haven't

[8:47 PM / 26:48]
**Ofc. Malek:** I asked you if there was anything in the car.

## EXHIBIT 1a

**EXHIBIT 1a**

[8:47 PM / 26:49]
**Ward:** I've tried, I tried to.

[8:47 PM / 26:50]
**Ofc. Malek:** You said no. There's a gun under the seat. Come on.

[8:47 PM / 26:52]
**Ward:** I forgot about that. I'm sorry.

[8:47 PM / 26:52]
**Ofc. Malek:** Okay.

[8:47 PM / 26:53]
**Ward:** I promise.

[8:47 PM / 26:54]
**Ofc. Malek:** Alright. Go ahead and swing your leg in. Hey, it's gonna get,

[8:47 PM / 26:56]
**Ward:** Will you make sure my keys get grabbed too. My keys, wallet

[8:47 PM / 26:58]
**Ofc. Malek:** The keys are gonna go with the car. The car key's gonna go with the car. Uh, if there's other house keys and stuff on there, we can grab them in your wallet and your phone? Yep.

[8:47 PM / 27:06]
**Ward:** Yeah, I need my,

[8:47 PM / 27:07]
**Ofc. Malek:** okay.

[8:47 PM / 27:08]
**Ward:** Can you bring 'em so I can grab my keys? My house keys.

[8:47 PM / 27:11]
**Ofc. Malek:** I need, the car key is going with the car. The other keys will come with us. Yep.

[8:47 PM / 27:16]
**Officer :** Car keys on here?

[8:47 PM / 27:18]
**Ofc. Malek:** No, the car key's on the hood. Or on the roof? Excuse me.
[8:47 PM / 27:25]
**Officer :** I checked everything except for the trunk.

[8:47 PM / 27:26]
**Officer :** We'll get his address right too.

**EXHIBIT 1a**

<span style="color:red">**EXHIBIT 1a**</span>

[8:47 PM / 27:28]
**Ofc. Malek:** Okay. Thank you. It might be enough to TruNarc.

[8:47 PM / 27:38]
**Officer :** What'd he say?

[8:48 PM / 27:39]
**Ofc. Malek:** He says it might be Adderall he bought when he was in, uh, working midnights.

[8:48 PM / 27:44]
**Officer :** Probably enough to test the UI.

[8:48 PM / 27:45]
**Ofc. Malek:** There might be enough with it all flopped over. All right. Let's see. I want that and these. Don't care about the pepper spray. Roaches. I want that. See if I can test it.

[8:48 PM / 28:13]
**Officer:** How You drive? Do you want,

[8:48 PM / 28:15]
**Ofc. Malek:** What's that?

[8:48 PM / 28:16]
**Officer:** Do you want the knife?

[8:48 PM / 28:18]
**Ofc. Malek:** So I'll ask not FTO officer. Where was the backpack at?

[8:48 PM / 28:22]
**Officer :** Where was the backpack?

[8:48 PM / 28:23]
**Ofc. Malek:** Yeah,

[8:48 PM / 28:23]
**Officer :** right here.

[8:48 PM / 28:24]
**Ofc. Malek:** So not within reach. It's concealed. They're not ever, they're not gonna issue? No. Yeah, they're, if they're not gonna tag it two counts, then no. Yeah,

[8:48 PM / 28:34]
**Officer :** How was he driving?

[8:48 PM / 28:36]
**Officer:** Well No taillights on.

[8:48 PM / 28:38]

<span style="color:red">**EXHIBIT 1a**</span>

**EXHIBIT 1a**

**Ofc. Malek:** He says they're on. They're just so dimm you can't see them.

[8:49 PM / 28:41]
**Officer :** Taillights are not on. The headlights were on.

[8:49 PM / 28:43]
**Ofc. Malek:** Yeah. So he had the switch all the way over.

[8:49 PM / 28:45]
**Officer:** You didn't have any other driver than that though.

[8:49 PM / 28:46]
**Ofc. Malek:** And No, except for he made, uh, like he tapped his brakes. You could tell he was moving around, which I'm sure was ah, to take

[8:49 PM / 28:54]
**Officer :** I'm looking,

[8:49 PM / 28:55]
**Ofc. Malek:** which

[8:49 PM / 28:56]
**Officer:** I'm wondering because that's definitely, I'm wondering if he was drinking that or starting to

[8:49 PM / 29:04]
**Officer :** That Kratom, I assume. I assume it's what it is.

[8:49 PM / 29:09]
**Officer :** All the shit

[8:49 PM / 29:10]
**Officer:** I haven't looked at back. Um,

[8:49 PM / 29:20]
**Officer :** That's all you got for him is wax?

[8:49 PM / 29:27]
**Ofc. Malek:** Yep. Yeah. It'll just be the arrest ticket to the um, and no insurance. Yeah. Which he'll just get a misdemeanor citation still for the no insurance. Right. And then

[8:50 PM / 29:39]
**Officer :** I don't, well, I don't know.
[8:50 PM / 29:40]
**Ofc. Malek:** Okay.

[8:50 PM / 29:41]
**Officer :** Do you, you allowed felony, do you write a misdemeanor ticket with it? Not, I put 'em both on the Fricking,

**EXHIBIT 1a**

**EXHIBIT 1a**

[8:50 PM / 29:46]
**Ofc. Malek:** you just put 'em on the wreck. 'cause he's gotta get arraigned.

[8:50 PM / 29:47]
**Officer :** They're gonna have to swear on the felony. So I do 'em both at the same time.

[8:50 PM / 29:50]
**Ofc. Malek:** Yeah. Okay.

[8:50 PM / 29:50]
**Officer :** I know Sarge has kind of looked down on that before, but that's,

[8:50 PM / 29:54]
**Ofc. Malek:** There's no point. Yeah.

[8:50 PM / 29:55]
**Officer:** He's gonna get arrained on both. 'em, I'd rather them take their both on the same time. The same parent, same parents same every day.

[8:50 PM / 30:00]
**Ofc. Malek:** Okay.

[8:50 PM / 30:01]
**Officer :** In my opinion.

[8:50 PM / 30:02]
**Ofc. Malek:** Yeah. I agree. I agree. Yeah. I thought he was trying to get out. Is that another giant knife? Yeah. Oh, so he forgot. I thought he was trying to get out 'cause of that. Just 'cause he had that in the door. But obviously.

[8:51 PM / 30:45]
**Officer :** Well I was wondering when he, when he kept holding his like

[8:51 PM / 30:47]
**Ofc. Malek:** Yeah.

[8:51 PM / 30:48]
**Officer :** Molotov Cocktail?

[8:51 PM / 30:48]
**Officer :** Molotov.

[8:51 PM / 30:51]
**Officer :** Looks like the starts of it. Anyways.

[8:51 PM / 30:52]
**Ofc. Malek:** That might be worth asking about. As well as the giant other knife.

**EXHIBIT 1a**

**EXHIBIT 1a**

[8:51 PM / 31:01]
**Officer :** I don't have a freaking Molotov anymore. Sorry about

[8:51 PM / 31:04]
**Ofc. Malek:** You also can legally have the knife. I'm guessing he prob

[8:51 PM / 31:07]
**Officer :** In the trunk is fine, right?

[8:51 PM / 31:10]
**Ofc. Malek:** Secure.

[8:51 PM / 31:11]
**Officer :** In the trunk is fine.

[8:51 PM / 31:12]
**Ofc. Malek:** Oh,

[8:51 PM / 31:12]
**Officer :** You can't legally have Molotov's though.

[8:51 PM / 31:14]
**Ofc. Malek:** That's what, that's what I mean. I thought you were saying you had the stuff to make a Molotov.

[8:51 PM / 31:17]
**Officer :** No, no, no. I'm saying I have a

[8:51 PM / 31:19]
**Ofc. Malek:** Oh, I was gonna say, you might be able to get away with that. I don't think he can get away with it at all.

[8:51 PM / 31:23]
**Officer :** Well, I have something dig.

[8:51 PM / 31:25]
**Ofc. Malek:** Alright, I'm gonna ask him about the Molotov.

[8:51 PM / 31:31]
**Officer :** It's antiseptic to clean wounds. That's why you all this stuff?

[8:51 PM / 31:34]
**Ofc. Malek:** Mm-hmm. Alright, next question. What's with the Molotov cocktail?
[8:52 PM / 31:41]
**Ward:** What do you mean?

[8:52 PM / 31:42]
**Ofc. Malek:** The bottle of rum with the rag stuffed into it. Taped up like you throw it through the window.

**EXHIBIT 1a**

## EXHIBIT 1a

[8:52 PM / 31:48]
**Ward:** Uh, there's nothing about it, man. I just, I made it for fun, dude. I, you can look at my record. I don't have a record, dude. I don't know.

[8:52 PM / 31:56]
**Ofc. Malek:** You made it for fun.

[8:52 PM / 31:57]
**Ward:** I didn't make it to like, do anything with it. You know what I mean? Not like anything weird or crazy. Like my dad has some property out in Columbiaville and sometimes we make stuff like that.

[8:52 PM / 32:06]
**Ofc. Malek:** Okay. So obviously the reason I'm asking you, you, you,

[8:52 PM / 32:10]
**Ward:** Yes, it looks bad. I realize that

[8:52 PM / 32:11]
**Ofc. Malek:** You also have a giant other machete in your trunk. So you're loaded down with knives and a gun and you got a Molotov cocktail

[8:52 PM / 32:18]
**Ward:** Having stuff in my trunk. I I, I have a whole survival kit in there. Dude. I'm, I'm kind of like a prepper. Like

[8:52 PM / 32:23]
**Ofc. Malek:** Yeah.

[8:52 PM / 32:23]
**Ward:** I have survival shit in my trunk. Like I'm

[8:52 PM / 32:26]
**Ofc. Malek:** Okay. Yeah. It just, like I say, it seems it's a little weird.

[8:52 PM / 32:29]
**Ward:** I know, I know. It looks bad

[8:52 PM / 32:29]
**Ofc. Malek:** For someone who would say there's,

[8:52 PM / 32:30]
**Ward:** I know it looks bad.

[8:52 PM / 32:31]
**Ofc. Malek:** Nothing in a car. And then we're finding knife after knife after machete and a

[8:52 PM / 32:35]

## EXHIBIT 1a

## EXHIBIT 1a

**Ward:** I know it looks bad.

[8:52 PM / 32:36]
**Ofc. Malek:** Yeah, it does.

[8:52 PM / 32:36]
**Ward:** But I, I go out to the woods a lot. I have a bunch of survivals kits

[8:53 PM / 32:39]
**Ofc. Malek:** And that's why I'm asking

[8:53 PM / 32:40]
**Ward:** Stuff like that. Like

[8:53 PM / 32:41]
**Ofc. Malek:** Okay.

[8:53 PM / 32:42]
**Ward:** It looks, I I like knives and stuff.

[8:53 PM / 32:43]
**Ofc. Malek:** Yeah.

[8:53 PM / 32:44]
**Ward:** Like it's not illegal to have knives in your trunk or, or whatever. Right. I mean, like,

[8:53 PM / 32:48]
**Ofc. Malek:** Well it's, I mean it's concealed weapon. The one and

[8:53 PM / 32:50]
**Ward:** In your trunk it's okay.

[8:53 PM / 32:51]
**Ofc. Malek:** Yeah. The one in the backpack, one in the door

[8:53 PM / 32:53]
**Ward:** might be,

[8:53 PM / 32:53]
**Ofc. Malek:** Those are all felonies

[8:53 PM / 32:55]
**Ward:** The one in the door's an implement. It's a tool that's not illegal

[8:53 PM / 32:57]
**Ofc. Malek:** It's over three inches and it's concealed.

[8:53 PM / 32:59]
**Ward:** The blade is.

## EXHIBIT 1a

## EXHIBIT 1a

[8:53 PM / 32:59]
**Ofc. Malek:** Hundred percent. Yeah. You can't carry that like that.

[8:53 PM / 33:01]
**Ward:** It's for a window breaker. I bought it 'cause I had a window breaker on at the store.

[8:53 PM / 33:03]
**Ofc. Malek:** Doesn't matter. Not knowing the law doesn't get, isn't an excuse to break it unfortunately.

[8:53 PM / 33:08]
**Ward:** Right.

[8:53 PM / 33:08]
**Ofc. Malek:** So. Alright.

[8:53 PM / 33:12]
**Officer :** Um, he has binoculars. Black clothing cammo everything.

[8:53 PM / 33:17]
**Officer:** So

[8:53 PM / 33:17]
**Officer :** I don't know,

[8:53 PM / 33:19]
**Officer :** With everything he has, he's got a fucking notebook on there. He can probably read through that too.

[8:53 PM / 33:23]
**Ofc. Malek:** hundred percent

[8:53 PM / 33:24]
**Officer :** I said with everything he has, he is got a notebook there. He could probably just read through that see if he's scouting something. It's sitting right on the

[8:53 PM / 33:30]
**Ofc. Malek:** Or if he's got Yeah. A terrorist threats

[8:53 PM / 33:33]
**Officer :** kind Pulls of Yeah. Like sometimes photos and shit. So I know we're not searching for weapons at this point in that thing, but

[8:54 PM / 33:41]
**Ofc. Malek:** I'd say they're probable cause

[8:54 PM / 33:43]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** we have enough cause to look for through everything. All right. To see if there's more shit. Suspect There too. But

[8:54 PM / 33:50]
**Ofc. Malek:** Yeah, I would say it's weird given the where he is from and what he is doing here. And

[8:54 PM / 33:57]
**Officer :** So he's admitted a Molotov. He definitely just came from Walmart, but

[8:54 PM / 34:00]
**Ofc. Malek:** Yeah, a hundred percent. He said his parents, his uh, dad owns some property. So that's what he has it for is for its purpose. Nope.

[8:54 PM / 34:07]
**Officer :** No. Still no. Uh, so he's got, well I found it. He's got that.

[8:54 PM / 34:19]
**Ofc. Malek:** Yeah.

[8:54 PM / 34:20]
**Officer :** That other box in there that had binoculars and stuff in it too.

[8:54 PM / 34:23]
**Officer :** Binoculars, rope. What the fuck's else in here? It doesn't matter.

[8:54 PM / 34:28]
**Officer :** Did you actually look through this though?

[8:54 PM / 34:30]
**Officer :** What? No.

[8:54 PM / 34:33]
**Officer :** So those are the spike car tires?

[8:54 PM / 34:35]
**Ofc. Malek:** Yep.

[8:54 PM / 34:37]
**Officer:** Spike car tires. Yeah. It looks to me like he's fucking trying to ambush somebody or do something.

[8:55 PM / 34:43]
**Officer :** Say It all down and take the UI

[8:55 PM / 34:45]
**Ofc. Malek:** Yeah, I guess maybe we should grab that knife out of the bag then. And his pocket knife and the Molotoves. Wasn't there another knife too?

[8:55 PM / 35:18]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** That knife is in that bag? That bag here?

[8:55 PM / 35:20]
**Ofc. Malek:** Yep, Got it. Yeah.

[8:56 PM / 35:54]
**Officer :** Drive girlfriend's boyfriend's car or ex-girlfriend's boyfriend's car.

[8:56 PM / 35:57]
**Ofc. Malek:** Yeah. From Port Huron. No real reason why he's down here. I guess I can run the history of that address he gave and see what if that even comes back to, because he had to look that up on Google.

[8:56 PM / 36:10]
**Officer :** Oh the Perrinton one

[8:56 PM / 36:11]
**Ofc. Malek:** Yeah,

[8:56 PM / 36:15]
**Officer :** I know I'm not supposed to be here, but I'm here.

[8:56 PM / 36:17]
**Ofc. Malek:** I mean, all right, I'm gonna look that up real quick.

[8:56 PM / 36:26]
**Officer :** License front.

[8:56 PM / 36:28]
**Ofc. Malek:** Did you put that address on the seat there or on the hood? Okay. I'm just gonna run that and see what we have there.

[8:57 PM / 37:04]
**Ward:** I know I have a bunch of,

[8:57 PM / 37:07]
**Ofc. Malek:** So

[8:57 PM / 37:10]
**Ward:** I'm just a single father has just fucking lost everything, man. I'm just,

[8:57 PM / 37:13]
**Ofc. Malek:** Yeah. So our, our concern is too, so you have road spikes for spiking car tires.

[8:57 PM / 37:18]
**Ward:** I don't spike car tires though. I make shit, dude. I don't, I never use that. UI. Of course. I would have it, I like to make stuff. I like to go on YouTube and make it

[8:57 PM / 37:28]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** central 17 status.

[8:57 PM / 37:31]
**Ofc. Malek:** Uh, so you get to a point when you get enough stuff together that it, it does become, what, what are you doing with it? Like when you get to this level of having stuff, like your comment of, I just lost everything. You're from a place far away up here saying, well, I've lost everything. You got a gun? Uh,

[8:58 PM / 37:50]
**Ward:** It's my gun though.

[8:58 PM / 37:51]
**Officer Malek:** bunch of Molotov cocktails, spikes to,

[8:58 PM / 37:54]
**Ward:** There's one in there. I've never made more than one.

[8:58 PM / 37:56]
**Officer Malek:** Yeah. Spikes for car, tires, knives, and machetes. And like, at some point it starts getting to the point.

[8:58 PM / 38:04]
**Ward:** I know, I know. It looks bad, man. I had a lot of that stuff in my car from what I needed. A lot of that bad in my garage or my home.

[8:58 PM / 38:14]
**Officer :** You'll want to take another picture?

[8:58 PM / 38:15]
**Ward:** I know, it looks bad. Okay.

[8:58 PM / 38:16]
**Officer :** Also, do you think it's worth taking the phones?

[8:58 PM / 38:20]
**Ofc. Malek:** Here, we'll chat. I would say

[8:58 PM / 38:23]
**Officer:** he has been broken.

[8:58 PM / 38:24]
**Ofc. Malek:** I was just gonna say, given that he's asked 14 times, he just said, so I'm down on my luck I have for it. Yeah. He said, I'm down on my luck. I lost everything. Like it probably is worth it.

[8:58 PM / 38:34]
**Officer :** I found another Broken one with all the stuff I Don't know.

[8:58 PM / 38:37]

## EXHIBIT 1a

**EXHIBIT 1a**

**Ofc. Malek:** Okay. And that's why I just told him, I said, 'cause he said none of that stuff's illegal unless you use it. Which saying that and then saying, I'm, I've lost everything. I'm down on my luck asking for his phone so many times I wonder if Yeah, if girlfriend's not living up here. So anything come up here.

[8:59 PM / 38:51]
**Officer :** I I say we take the phones

[8:59 PM / 38:52]
**Ofc. Malek:** Hundred percent and Kenzie can write a warrant for him. And I agree.

[8:59 PM / 38:56]
**Officer :** You Take picture

[8:59 PM / 38:58]
**Officer :** I found another box.

[8:59 PM / 39:01]
**Ofc. Malek:** Yeah.

[8:59 PM / 39:20]
**Officer :** I think like, like that's, I do, I have some of the shit I do. I don't, I

[8:59 PM / 39:24]
**Ofc. Malek:** mm-hmm .

[8:59 PM / 39:25]
**Officer :** I don't have tire spikes.

[8:59 PM / 39:26]
**Ofc. Malek:** Yeah. I mean the gun, the like,

[8:59 PM / 39:32]
**Officer :** Like some of the stuff could be gonna send off, but he's clearly got a kit to make fucking tires, lights,

[8:59 PM / 39:38]
**Officer:** I mean all of his bullets at your house while You have a car.

[9:00 PM / 39:41]
**Ofc. Malek:** Exactly. And why are you up here from Port Huron?

[9:00 PM / 39:43]
**Officer:** Yeah.

[9:00 PM / 39:47]
**Officer :** Well, all that shit. One Bag.

[9:00 PM / 39:49]

**EXHIBIT 1a**

## EXHIBIT 1a

**Ofc. Malek:** Yeah. Uh, yeah. And, and like I say, yeah, from three hours away with no real reason why you're in Alma, Michigan driving around with a gun. I, I'd say it's probably worth it. Yeah. I mean, we'll write lodge on the CCW and I'll write it up as. I mean, almost possible terroristic threat. Oh yeah. I mean, I've asked him a couple times. He says he just likes to tinker and make stuff. But I'll ask him again and I'm gonna run this address real quick again. Make sure

[9:00 PM / 40:22]
**Ward :** Anybody else take a look. I mentioned earlier.

[9:00 PM / 40:33]
**Ofc. Malek:** Okay, let me, as soon as I type this we'll come back and check them.

[9:01 PM / 41:00]
**Officer :** Oh, I just, um, uprisings or something like that in society?

[9:01 PM / 41:06]
**Ofc. Malek:** Yeah. I I I it's probably worth pushing 'cause that we have only history. We have, there is a fraud that Doug Wright took back 12 years ago

[9:01 PM / 41:17]
**Officer :** When he says living there

[9:01 PM / 41:18]
**Ofc. Malek:** Supposedly. Mom, you wanna a hundred percent That's, I almost was gonna say we might wanna have them go .

[9:01 PM / 41:27]
**Officer :** That book is about

[9:01 PM / 41:29]
**Ofc. Malek:** Secure

[9:01 PM / 41:30]
**Officer :** Basically starting a civil war.

[9:01 PM / 41:32]
**Ofc. Malek:** Yeah. 'cause it's, it's weird that he's driving her her car and that's why I said she knows that like it's expired. The insurance expired almost like, you know, but you wanna come back. He wants me to loosen his cuffs a little bit.

[9:02 PM / 41:47]
**Officer :** Military surplus.

[9:02 PM / 41:50]
**Officer :** Oh, okay.
[9:02 PM / 41:51]
**Ofc. Malek:** I, yeah, You can do it. Whatever. No. Yeah. All right.

[9:02 PM / 41:58]

## EXHIBIT 1a

## EXHIBIT 1a

**Ward:** Can you please get these? They hurt me.

[9:02 PM / 41:59]
**Ofc. Malek:** Yep, that's exactly what I'm gonna do. All right. Spin in. Yep.

[9:02 PM / 42:05]
**Ward:** Ow.

[9:02 PM / 42:06]
**Ofc. Malek:** All right. Pull your arms up. All right. So our, our policy, applicable policy uhhuh is that you can get a finger in there. Okay.

[9:02 PM / 42:38]
**Officer :** His wrist is Twisting now is the problem.

[9:03 PM / 42:40]
**Ofc. Malek:** Yeah. Yeah. Hold your, hold your here.

[9:03 PM / 42:42]
**Ward:** Okay.

[9:03 PM / 42:44]
**Ofc. Malek:** Put your wrist like that. Keep your wrist like how it's supposed to be. Okay.

[9:03 PM / 42:47]
**Ward:** Okay.

[9:03 PM / 43:00]
**Officer :** different key.

[9:03 PM / 43:03]
**Ward:** Oh my god. Ow.

[9:03 PM / 43:24]
**Ofc. Malek:** All right. Keep your arm like, like that. Okay.

[9:03 PM / 43:26]
**Ward:** Okay.

[9:03 PM / 43:28]
**Ofc. Malek:** So I got my finger in there.

[9:03 PM / 43:32]
**Ward:** Feels a little better. This one's still bad too.

[9:03 PM / 43:34]
**Ofc. Malek:** Yep. I'm gonna do that one next.

[9:03 PM / 43:36]

## EXHIBIT 1a

**EXHIBIT 1a**

**Officer :** The problem Is, is your wrist keeps twisting. It's supposed to be sitting like that in the cuff. Okay.

[9:04 PM / 43:41]
**Ofc. Malek:** Yeah. So when you spin it, okay.

[9:04 PM / 43:43]
**Officer:** But when it spins it's, it has no way to loosen up or tighten anything.

[9:04 PM / 43:47]
**Ofc. Malek:** Yep. You're okay. Alright. Turn your body a little bit more than, all right. All right. Yeah. If you keep your hands like that, okay. They won't keep your fingers interlaced. They won't lock up.

[9:04 PM / 44:14]
**Ward:** Okay.

[9:04 PM / 44:15]
**Ofc. Malek:** Alright.

[9:04 PM / 44:17]
**Officer :** Why is everything I have junk,

[9:04 PM / 44:22]
**Ofc. Malek:** I'm afraid. Oh yeah, it's Bent all to crap. I'm probably gonna snap off.

[9:04 PM / 44:27]
**Officer :** I haven't done this one for,

[9:04 PM / 44:29]
**Ofc. Malek:** I got like six of 'em in my bag.

[9:04 PM / 44:30]
**Officer :** Oh, you look over here

[9:04 PM / 44:32]
**Ofc. Malek:** At the PD

[9:04 PM / 44:33]
**Officer :** Oh One. That for, For those who don't trust the headlines,

[9:05 PM / 44:45]
**Officer :** They, I say if

[9:05 PM / 44:47]
**Ofc. Malek:** Yeah,

[9:05 PM / 44:47]
**Officer :** You don't Think they'll talk to you, one of us can take a run at him too. And

**EXHIBIT 1a**

## EXHIBIT 1a

[9:05 PM / 44:50]
**Ofc. Malek:** Yeah. I mean we can do a little good cop, bad cop. I just throw that in your vest and then I'll change it when we get to the pd.

[9:05 PM / 45:00]
**Officer :** What's happen with this one?

[9:05 PM / 45:01]
**Ofc. Malek:** It looks, looks like it's bent. Um, That's the one they gave me, but I got a bunch of I bought.

[9:05 PM / 45:10]
**Officer :** So wanna say I've never used that one, so hopefully it works.

[9:05 PM / 45:13]
**Ofc. Malek:** Oh well I shouldn't have to use it again.

[9:05 PM / 45:15]
**Officer :** Well, that's What you say.

[9:05 PM / 45:16]
**Ofc. Malek:** Yeah, exactly. Well the jail, will use theirs and then I'll get one of mine out of my bag. Look at that. Gonna get docked, handcuffed. He did not work.

[9:05 PM / 45:26]
**Officer:** Look At you stopping terrorists already.

[9:05 PM / 45:28]
**Ofc. Malek:** I know.

[9:05 PM / 45:29]
**Officer :** I mean, I saw it. Whatever.

[9:05 PM / 45:32]
**Ofc. Malek:** Well

[9:05 PM / 45:33]
**Officer :** lost It because it was a ways, it was a long way up.

[9:05 PM / 45:36]
**Officer :** Those are all flyers.

[9:05 PM / 45:38]
**Ofc. Malek:** Okay. What's in the book in this one?

[9:06 PM / 45:40]
**Officer :** Uh, passwords and USA stuff. Other than that.

[9:06 PM / 45:44]

## EXHIBIT 1a

**EXHIBIT 1a**

**Ofc. Malek:** All right. Okay. Uh, other than that, we're good with the car.

[9:06 PM / 45:52]
**Officer :** Other than that, I think that's it. Unless you want to go through it one more time.

[9:06 PM / 45:56]
**Ofc. Malek:** I trust your judgment. Yeah. Um, you wanna take a crack at interviewing him? I think he's telling me he has all this just for fun.

[9:06 PM / 46:02]
**Officer :** Okay.

[9:06 PM / 46:03]
**Ofc. Malek:** I don't, I mean, I think we take the phone no matter what, but I think we're kind of the

[9:06 PM / 46:09]
**Officer :** Yeah, I take the phone, all this. Yeah. Take another picture and then Yeah.

[9:06 PM / 46:13]
**Ofc. Malek:** To the point of he's got, you know, books about

[9:06 PM / 46:15]
**Officer :** Are you taking all this Yeah.

[9:06 PM / 46:17]
**Ofc. Malek:** About not, not trusting the government and

[9:06 PM / 46:20]
**Officer :** That shit's gonna have to be dubbed down before he saw it.

[9:06 PM / 46:23]
**Officer :** Yeah. Yeah. Um, that evidence. What's your plan with him?

[9:06 PM / 46:29]
**Ofc. Malek:** Uh, he can go for the CCW for sure and then they'll issue that and if they want to do anything further with it, that can be up to them.

[9:06 PM / 46:36]
**Officer :** Do you get A close up with that? With the fluid and stuff?

[9:07 PM / 46:40]
**Officer :** Before we dump it.

[9:07 PM / 46:52]
**Officer :** You know how to do a passing test. A PVT.

[9:07 PM / 46:54]

**EXHIBIT 1a**

## EXHIBIT 1a

**Ofc. Malek:** What's that?

[9:07 PM / 46:55]
**Officer :** You know how to do a passing test for alcohol and PVT

[9:07 PM / 46:57]
**Ofc. Malek:** Or you like fume it?

[9:07 PM / 46:59]
**Officer :** Yeah,

[9:07 PM / 46:59]
**Ofc. Malek:** I haven't done it in like five years.

[9:07 PM / 47:01]
**Officer :** I can try On it because then you can say, I mean, unless it smells like gasoline.

[9:07 PM / 47:04]
**Ofc. Malek:** I was gonna say it looks like alcohol. Smells like alcohol.

[9:07 PM / 47:06]
**Officer:** I like, I smell Alcohol the whole time.

[9:07 PM / 47:08]
**Officer:** I, but I'm saying like from a prosecutor's Standpoint, They're Probably gonna want more.

[9:07 PM / 47:11]
**Ofc. Malek:** Oh, he admitted to it.

[9:07 PM / 47:12]
**Officer :** Water In the, in The thing.

[9:07 PM / 47:13]
**Ofc. Malek:** Yeah,

[9:07 PM / 47:14]
**Officer :** whatever.

[9:07 PM / 47:14]
**Ofc. Malek:** Yeah.

[9:07 PM / 47:14]
**Officer :** Like

[9:07 PM / 47:15]
**Ofc. Malek:** okay.

[9:07 PM / 47:16]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** I'm just, I don't know how they'll act with it. Yeah, they might probably say this is a whole bunch of bullshit too. Who knows?

[9:07 PM / 47:24]
**Ofc. Malek:** Okay,

[9:07 PM / 47:27]
**Officer :** With

[9:07 PM / 47:28]
**Officer :** Say that again.

[9:07 PM / 47:30]
**Officer :** Um, If you're good with the car, we can Grab the car out.

[9:07 PM / 47:33]
**Ofc. Malek:** Okay. So we're taking the keys. Is his wallet still in there?

[9:07 PM / 47:37]
**Officer :** I have No clue.

[9:07 PM / 47:38]
**Ofc. Malek:** Wallet and car and his keys can go to jail. Does he have two phones? Yep.

[9:08 PM / 47:58]
**Officer :** Said the one's like broken but

[9:08 PM / 48:03]
**Ofc. Malek:** Yeah, it's really weird that he's so adamant about

[9:08 PM / 48:06]
**Officer :** getting the phones.

[9:08 PM / 48:07]
**Ofc. Malek:** Yeah.

[9:08 PM / 48:08]
**Officer :** and his wallet.

[9:08 PM / 48:09]
**Ofc. Malek:** Yeah.

[9:08 PM / 48:10]
**Officer :** Comb through that.

[9:08 PM / 48:10]
**Ofc. Malek:** Yeah, I just, uh, I didn't see anything really

[9:08 PM / 48:15]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** All together.

[9:08 PM / 48:20]
**Officer :** Oh, shut my finger.

[9:09 PM / 48:44]
**Ofc. Malek:** How's that open?

[9:09 PM / 48:46]
**Officer :** It looks Like it slide open.

[9:09 PM / 48:47]
**Ofc. Malek:** That's what you think. Oh, is it just a,

[9:09 PM / 48:54]
**Officer :** Um, bolty, these rubber gloves were in with the spikes.

[9:09 PM / 48:56]
**Ofc. Malek:** Okay.

[9:09 PM / 48:56]
**Officer :** Now if you want,

[9:09 PM / 48:59]
**Ofc. Malek:** I don't

[9:09 PM / 49:01]
**Officer :** Do you want this knife the one that was in the door pocket?

[9:09 PM / 49:03]
**Ofc. Malek:** Um, we probably don't need that one. Exactly. Okay. All he is got in there is this like little kit that's got like saw and

[9:09 PM / 49:35]
**Officer :** Oh

[9:09 PM / 49:36]
**Officer :** Well that can't go to jail.

[9:09 PM / 49:37]
**Ofc. Malek:** Yeah. So that can stay right there in the car and the wallet can go to the jail.

[9:10 PM / 49:57]
**Ofc. Malek:** Alright. You want me to let him know we're good with this?

[9:10 PM / 49:59]
**Officer :** Yeah.

[9:10 PM / 50:00]

## EXHIBIT 1a

## EXHIBIT 1a

**Ofc. Malek:** Alright. We're all set with it. No holds or anything. Keys in the door. Thank you.

[9:11 PM / 50:59]
**Officer :** Hey. Um,

[9:11 PM / 51:01]
**Ofc. Malek:** Yeah,

[9:11 PM / 51:02]
**Officer :** VIN off of that, This doesn't come back

[9:11 PM / 51:35]
**Ofc. Malek:** Three 15 on lien. Will you run a VIN for me real quick?

[9:12 PM / 51:54]
**Officer :** Awesome. Well man, all you living all fancy out here for . Oh, I got this. These our, no. Well I didn't see how , so people Oh,

[9:12 PM / 52:23]
**Ofc. Malek:** Can you run a vin for me? Three. Frank, Adam, Henry, Paul, zero, Henry, Adam, seven Charles, Robert. 3, 2, 6 4. Three. Three.

[9:13 PM / 52:54]
**Officer :** What Was the last one?

[9:13 PM / 52:57]
**Ofc. Malek:** Four seven. Three three I

[9:13 PM / 52:58]
**Officer :** Think six four. Three three.

[9:13 PM / 52:59]
**Ofc. Malek:** Yeah,

[9:13 PM / 53:00]
**Officer :** that's some good that's on there, but I can't get the plate to come back.

[9:13 PM / 53:02]
**Ofc. Malek:** Yeah, it matches what's on the,

[9:13 PM / 53:04]
**Officer :** Not The previous registration. It's not registered now.

[9:13 PM / 53:07]
**Ofc. Malek:** That's the one that just expired. Yeah.
[9:13 PM / 53:11]
**Officer :** Wasn't plate it, it come back, come back to the previous registration.

[9:13 PM / 53:15]

## EXHIBIT 1a

## EXHIBIT 1a

**Officer :** It's almost like it's a retitled or something in your register

[9:13 PM / 53:23]
**Officer :** If Yeah, Then he started throwing lawyer around so I stopped talking to him.

[9:13 PM / 53:28]
**Ofc. Malek:** Okay.

[9:13 PM / 53:32]
**Officer :** I think we're good. What's that? I thought you were No, he, he ran off

[9:13 PM / 53:37]
**Ofc. Malek:** Yeah,

[9:13 PM / 53:38]
**Officer :** so I think we're good. We were just conferring on I half listening to you guys so I don't get involved.

[9:14 PM / 53:42]
**Officer :** , ,

[9:14 PM / 53:44]
**Officer :** . So sorry. You're good. I think we're all done

[9:14 PM / 53:48]
**Officer :** Track Still.

[9:14 PM / 53:49]
**Officer :** Yeah, I'll get,

[9:14 PM / 53:50]
**Officer :** thank you.

[9:14 PM / 53:52]
**Ofc. Malek:** Yeah, it came back no make or model on the

[9:14 PM / 53:55]
**Officer :** Yeah, the VINs listed as a previous registration but,

[9:14 PM / 53:58]
**Ofc. Malek:** oh.

[9:14 PM / 53:58]
**Officer :** So I'd assume that means whoever had a registered took the, or canceled the plate. Would be my guess 'cause the VIN should come back to this vehicle still, but it should say if a plate's on it or not. But it didn't, the VIN wouldn't even come back so I don't know.

[9:14 PM / 54:16]

## EXHIBIT 1a

## EXHIBIT 1a

**Ofc. Malek:** The VIN came back. No record.

[9:14 PM / 54:17]
**Officer :** I ran, I ran in nothing popped up yet, so

[9:14 PM / 54:20]
**Officer :** I don't know. I dunno. Anything.

[9:15 PM / 54:42]
**Ward:** You have any water?

[9:15 PM / 54:44]
**Ofc. Malek:** No, I don't have any water unfortunately.

[9:15 PM / 54:46]
**Ward:** I have a Soda in my car can you Grab it?

[9:15 PM / 54:49]
**Ofc. Malek:** No, normally we're not allowed to do that. Sorry. Okay.

[9:15 PM / 55:07]
**Officer :** It like to be some giant pair.

[9:15 PM / 55:16]
**Ofc. Malek:** Alright. I'm just gonna see if I can figure out who, um, the reg, uh, what her name is. It might be worth having somebody go talk to her.

[9:15 PM / 55:30]
**Officer :** Yeah, we don't, we don't really know what's going on with her.

[9:15 PM / 55:33]
**Ofc. Malek:** Yeah. Or the car because I didn't realize when I came back no make or model that there's no owner info either. Yeah. Yeah.

[9:16 PM / 55:39]
**Officer :** 'cause the Plates, I think the plates are Canceled.

[9:16 PM / 55:40]
**Ofc. Malek:** Yeah. Which wouldn't would, what you would do if it was stolen and you didn't wanna report it stolen is what you would deal with that

[9:16 PM / 55:50]
**Officer :** And you just drove the plate on it.

[9:16 PM / 55:52]
**Ofc. Malek:** Yeah. What you, you said uh, what's your girlfriend's name that the car is registered in?

## EXHIBIT 1a

## EXHIBIT 1a

[9:16 PM / 56:02]
**Ward:** Donna Achuff.

[9:16 PM / 56:02]
**Ofc. Malek:** What is it?

[9:16 PM / 56:03]
**Ward:** Donna Achuff. Well John Jonathan's her boyfriend but D-O-N-N-A. A-C-H-U-F-F.

[9:16 PM / 56:09]
**Ofc. Malek:** Oh. Hold on one sec. Go ahead. Perfect. Thank you. Can you put that in the cad call please? Alright. They got it. Appreciate it.

[9:16 PM / 56:34]
**Officer :** Um, this is set up for the passage.

[9:16 PM / 56:35]
**Ofc. Malek:** What's that?

[9:16 PM / 56:36]
**Officer :** So this Is set up for the passage.

[9:16 PM / 56:37]
**Ofc. Malek:** Okay.

[9:17 PM / 56:51]
**Officer :** It's been such a long time since I've done it either, so

[9:17 PM / 56:52]
**Ofc. Malek:** what's that?

[9:17 PM / 56:53]
**Officer :** It's been a long time since I've done it Either.

[9:17 PM / 56:54]
**Ofc. Malek:** Yeah. I don't think I've done it in six, seven years

[9:17 PM / 56:58]
**Officer :** At the jail.

[9:17 PM / 56:58]
**Ofc. Malek:** Yeah. Yeah. That's the last time I did it. Well it they did get the vin come back to that Donna chick that

[9:17 PM / 57:04]
**Officer :** Okay.

[9:17 PM / 57:04]

## EXHIBIT 1a

**EXHIBIT 1a**

**Ofc. Malek:** Um,

[9:17 PM / 57:05]
**Officer :** That he Said it was.

[9:17 PM / 57:06]
**Ofc. Malek:** Yeah. That's who it comes back expired too.

[9:17 PM / 57:15]
**Officer :** Oops.

[9:17 PM / 57:23]
**Officer :** It smells like paint thinner doesn't it?

[9:17 PM / 57:30]
**Ofc. Malek:** Well 'cause rum doesn't normally

[9:17 PM / 57:33]
**Officer :** Are you guys holding it too far away.

[9:18 PM / 57:40]
**Ofc. Malek:** Oh.

[9:18 PM / 57:41]
**Officer :** It's alcohol you can dump It

[9:18 PM / 57:44]
**Ofc. Malek:** looks like

[9:18 PM / 57:44]
**Officer :** That's what I'm saying.

[9:18 PM / 57:48]
**Ofc. Malek:** Or gasoline, like kerosene mixed in with it. Yeah.

[9:18 PM / 57:50]
**Officer :** Very Fucking strong

[9:18 PM / 57:52]
**Officer :** Alcohol in it at least.

[9:18 PM / 57:53]
**Ofc. Malek:** Yeah,

[9:18 PM / 57:53]
**Officer :** Keys and wallet
[9:18 PM / 57:56]
**Ofc. Malek:** We don't need to take it right? I can go throw it.

[9:18 PM / 57:58]

**EXHIBIT 1a**

## EXHIBIT 1a

**Officer :** Um, I

[9:18 PM / 57:59]
**Ofc. Malek:** Are, you

[9:18 PM / 58:00]
**Officer :** probably should take with all.

[9:18 PM / 58:01]
**Ofc. Malek:** Okay,

[9:18 PM / 58:02]
**Officer :** Think We're gonna try and toss the idea. Shit.

[9:18 PM / 58:05]
**Officer :** Throwing these up front.

[9:18 PM / 58:06]
**Ofc. Malek:** Okay.

[9:18 PM / 58:06]
**Officer :** Everything else.

[9:18 PM / 58:08]
**Ofc. Malek:** Thank you.

[9:18 PM / 58:09]
**Officer :** This is going with him, right?

[9:18 PM / 58:10]
**Ofc. Malek:** Yep. Just the keys in the wallet.

[9:18 PM / 58:12]
**Officer :** I was only saying testing before we throw it.

[9:18 PM / 58:13]
**Ofc. Malek:** Yeah.

[9:18 PM / 58:14]
**Officer :** So if it's not alcohol, it's gas, It's

[9:18 PM / 58:16]
**Ofc. Malek:** Yeah.

[9:18 PM / 58:16]
**Officer :** Fucking so Thin or it's <inaudible> or Whatever.
[9:18 PM / 58:19]
**Ofc. Malek:** Okay.

[9:18 PM / 58:21]

## EXHIBIT 1a

# EXHIBIT 1a

**Officer :** Everything else is in this Bag.

[9:18 PM / 58:23]
**Ofc. Malek:** Okay.

[9:18 PM / 58:25]
**Officer :** Gun. Phones. Follow.

[9:18 PM / 58:27]
**Ofc. Malek:** Okay. Um, okay, cool. Cool. I will do the arrest ticket and then probably have them at least check on her.

[9:18 PM / 58:37]
**Officer :** Yep.

[9:18 PM / 58:38]
**Ofc. Malek:** Doesn't hurt too.

[9:19 PM / 58:39]
**Officer :** Yep.

[9:19 PM / 58:40]
**Ofc. Malek:** And get 'em to the jail and type it up.

[9:19 PM / 58:43]
**Officer :** Come back in.

[9:19 PM / 58:44]
**Ofc. Malek:** I'm just gonna buckle you up. Okay.

[9:19 PM / 58:51]
**Officer :** Look At that first gun of the year on FTO.

[9:19 PM / 58:55]
**Officer :** You're welcome. .

# EXHIBIT 1a